IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sheppard<br><br>Plaintiff(s),<br><br>v.<br><br>GFL Environmental Services USA, Inc.<br><br>Defendant(s). | Case No. **21-cv-02743**<br><br>Judge Robert M. Dow |

## **ORDER**

Motion hearing held telephonically. Plaintiff's unopposed motion for preliminary approval of class settlement [18] is granted. Final approval hearing is set for 1/18/2022 at 9:00 a.m.

Date: 10/6/2021            /s/ Judge Dow