UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Donald Sheppard

           Plaintiff,

v.                      Case No.: 1:21–cv–02743
                      Honorable Robert M. Dow Jr.

GFL Environmental Services USA, Inc.

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 18, 2022:

   MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held telephonically. Plaintiff's unopposed motion and memorandum in support of final approval of class action settlement [24] is granted. Counsel to submit a proposed order to the Court in Word format. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.